Official Form 417A (12/15)

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 MAR 22 P 2: 56

RECEIVED

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

CIVIL ACTION: 17-46112 ccc

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): :EMANI-PAMELA: TAYLOR

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) EXECUTRIX

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: ORDER DENYING DEBTOR'S CLAIM OF EXEMPTION. ENTERED 03/09/18.
2. State the date on which the judgment, order, or decree was entered: 03/09/18

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: :EMANI-PAMELA: TAYLOR   Attorney: EXECUTOR PROJECT - SAGE EL
   EXECUTRIX PROJECT - DEBORAH SHOW
   C/O 246 DECATUR ST
   BKLYN, N.Y. [11233-9998]

2. Party: DEBRA KRAMER FORMER  Former Attorney: _____
   FORMER TRUSTEE

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 30  Thirty Dollars

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Grandson - Alterric first

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 3.12.18

Applicant's signature

Emani Pamela Taylor
Printed name

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## CIVIL COVER SHEET

This form is REQUIRED for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

IN RE: Bankruptcy Case No. **17-46112 CEC**    Adv. Pro. No. *(if applicable)* _____

### Bankruptcy Appeal

**APPELLANTS**
iemani-Pauewitaylor

**APPELLEES**
Debra Kramer

~~ATTORNEYS~~ (FIRM NAME, ADDRESS, TEL. NO.)
EXECUTOR PROTEST - SAAGE EL
EXECUTRIX PROTEST - DEBORAH STAIN
c/o 246 DECATUR ST, [11233-9998]

ATTORNEYS (IF KNOWN)
UNKNOWN

BASIS OF JURISDICTION: Federal ~~Question~~

CAUSE OF ACTION - 28:1334 Bankruptcy Appeal *(Write brief statement of cause.)*
ON MARCH 08, 2018, AVRUM ROSEN DRAFTED AN ORDER, THAT IS INCONSISTENT WITH THE ACTUAL RELIEF, INCONSISTENT WITH THE FACTS, SAID ORDER IS JURISDICTIONALLY DEFECTIVE IN THAT IT DOES NOT, REPRESENT THE MATERIAL FACTS AS, RECORDED ON SAID, DATE, FURTHER JUDGE WAS IN ERROR IN GRANTING RELIEF TO MOVANT, BECAUSE NO JURISDICTION EXISTED BY ANY "CLAIMANTS".

NATURE OF SUIT: 422 Bankruptcy Appeal (801)

RELATED CASE(S) IN DISTRICT COURT, IF ANY

DISTRICT JUDGE _____    DOCKET NUMBER _____

*CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVED:*

☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT
☐ 2. SAME ISSUE OF FACT OR GROWS OUT OF THE SAME TRANSACTION
☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT COPYRIGHT OR TRADEMARK

Date: 03/22/18    Signature of Attorney of Record: [signature]
*[or Appellant Pro Se]*

900-4

**FOR COURT USE ONLY**

APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

**CIVIL COVER SHEET, Bankruptcy Appeal** (cont'd)

Did the cause of action arise in Nassau or Suffolk County? __NO____

If YES, please indicate which county:_____

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

YES ☐                              NO ☐

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

YES ☐ (If yes, please explain)     NO ☐

_____N/A_____

Please provide your bar code and e-mail address below. Your bar code consists of the initials of your first and last name and the last four digits of your social security number, or any other four-digit number registered by the attorney with the Clerk of Court. This information must be provided pursuant to local rule 11.1(b) of the local civil rules.

Attorney Bar Code:_____

E-Mail Address:_____

USBC-84 [r.4/10/03]]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                        Chapter 7

EMANI TAYLOR,                                                     Case No.: 17-46112-cec

                      Debtor.
-----------------------------------------------------------x

## ORDER DISALLOWING DEBTOR'S CLAIM OF A HOMESTEAD EXEMPTION WITH RESPECT TO REAL PROPERTY KNOWN AS 246 DECATUR STREET, BROOKLYN, NEW YORK

UPON the application (the "Application") of Debra Kramer, the Chapter 7 trustee (the "Trustee") for the Estate of Emani Taylor, the Debtor ("Debtor"), by and through her attorneys, Rosen, Kantrow & Dillon, PLLC, for the entry of an Order disallowing the Debtor's claim of a homestead exemption as to real property known as 246 Decatur Street, Brooklyn, New York (the "Property"), under Section 105 of Title 11, United States Code and Rule 4003 of the Federal Rules of Bankruptcy Procedure; and the matter having come on for a hearing before the Court on March 8, 2018; and the Trustee having appeared by one of her attorneys; and the Debtor having appeared in opposition to the relief sought by the Trustee in her Motion, or said opposition having been withdrawn or otherwise overruled; and after due deliberation, the Court having determined that the relief sought is appropriate and should be granted; it is hereby

**ORDERED** that the Debtor's claim of a homestead exemption as to the Property is disallowed.



Dated: Brooklyn, New York
March 8, 2018

                                                  /s/ Carla E. Craig
                                                  Carla E. Craig
                                         **United States Bankruptcy Judge**

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

__EMANI Pamela Taylor__ :Emani-Pamela:Taylor  )
*Plaintiff/Petitioner*  )
v.  )  Civil Action No. 17-46112 cec
_____  )
*Defendant/Respondent*  )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __N/A__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are: $ __00 zero Dollars__ and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☒ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

support from family & friends of under $400 mo.

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____        Date: 03/22/18
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____
_____

:emani-pamela:taylor
c/o 246 Decatur Street
New York Republic near [11233]
Non-Domestic
Outside the United States
UCC1-207/308 All Rights Reserved

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Official Form 417A        Notice of Appeal and Statement of Election        page 2

# Notice Recipients

District/Off: 0207–1  User: cteutonic  Date Created: 3/22/2018
Case: 1–17–46112–cec  Form ID: pdf000  Total: 5

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
tr     Debra Kramer    dkramer@kramerpllc.com;trustee@kramerpllc.com
aty    Avrum J Rosen    arosen@rkdlawfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Emani Taylor    246 Decatur Street    Brooklyn, NY 11233
      Emani−Pamela Taylor    Executor Protest − Sage El    Executrix Protest − Deborah Shaw    c/o 246 Decatur St    Bklyn NY 11233−9998

TOTAL: 2